No. 725. CAPITOL HILL SOUTHEAST CITIZENS ASSOCIATION v. COE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

*Betty Cochran Stockvis* for petitioner. *Vernon E. West, Chester H. Gray, Milton D. Korman* and *Harry L. Walker* for respondents.